UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

BILAL SALAJ,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[PROPOSED] ORDER

20 Cr. 586 (PKC)

WHEREAS, with the defendant's informed written consent, his guilty plea allocution was made telephonically before a United States Magistrate Judge on October 29, 2020;

WHEREAS, the plea allocution was conducted telephonically because video teleconferencing was not reasonably available;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant waived indictment and entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea; *to Counts One, Two and Three of the Information*

IT IS HEREBY ORDERED that the defendant's waiver of indictment and guilty pleas are accepted.

SO ORDERED:

Dated:    New York, New York
             11-6, 2020

*/s/ P. Kevin Castel*
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK