UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                            20 CR 586 (PKC)

          -against-                             ORDER

BILAL SALAJ,

                      Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Sentencing originally scheduled for March 10, 2020 is adjourned to April 15, 2021 at 11:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.

       SO ORDERED.

                                                   P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
           February 17, 2021