UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | [PROPOSED] ORDER |
| - v. - | |
| BILAL SALAJ, | 20 Cr. 586 (PKC) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, with the defendant's informed written consent, his guilty plea allocution was made telephonically before a United States Magistrate Judge on October 29, 2020;

WHEREAS, the plea allocution was conducted telephonically because video teleconferencing was not reasonably available;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant waived indictment and entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's waiver of indictment and guilty plea are accepted.

SO ORDERED:

Dated:     New York, New York
           February 18    , 2020

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK