UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                20-cr-586 (PKC)

         -against-                                        <u>ORDER</u>

BILAL SALAJ,

                                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendant argues that his sentence "resulted from . . . clear error" and should be modified. Rule 35(a), Fed. R. Crim. P. The nature of the supposed error is a disagreement with how the Court assessed the section 3553(a) factors, particularly the need to avoid unwarranted sentence disparities.

        Each sentence imposed by the Court is tailored to the defendant and his offense conduct in view of the section 3553(a) factors. The sentence imposed on Mr. Salaj was reasonable, lawful, fashioned in light of all section 3553(a) factors and appropriate to the defendant and his circumstances. The Court had before it a wide range of information from both sides on sentencings in what the parties perceived as comparable cases.

        Defendant refers to the principally 20 month sentence imposed on another defendant, Michael Little, which was called to the Court's attention and considered in imposing sentence on Mr. Salaj. Among the many other considerations in the undersigned's decision in that case was that Little had recently suffered a heart attack and his conviction would result in the loss of status as a permanent resident and deportation from the United States.

The tax crime of which defended Salaj was convicted is a serious crime in need of a serious and just punishment which will deter others. Defendant's below Guidelines sentence was reasonable and lawful.

The motion (Doc 25) is DENIED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 29, 2021