UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        20-cr-586 (PKC)

          -against-                                              <u>ORDER</u>

BILAL SALAJ,

                           Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In the interests of justice and for good cause shown, the Court grants the motion for early termination of supervised release. Supervised release will terminate 14 days from the date of this Order. The Clerk is requested to terminate the motion at ECF 43.

        SO ORDERED.

                                                                       P. Kevin Castel
                                                           United States District Judge

Dated: New York, New York
           June 14, 2024