UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    20-cr-586 (PKC)

          -against-                                        ORDER

BILAL SALAJ,

                              Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Bilal Salaj, by his counsel, made application to this Court to terminate his term of supervised release. (ECF 43.) The application noted among other things that "Neither the Government nor the Probation department takes any position on this request." (Id.) On June 14, 2024, this Court entered an Order purporting to grant the application and terminate Salaj term of supervised release. (ECF 44.)

        Salaj's lawyer now complains that the Office of Probation for the District of New Jersey is treating the June 14 Order as a nullity because this Court was without jurisdiction to terminate the term of supervised release. This Court agrees with the Office of Probation for the District of New Jersey. Generously construed, Salaj's lawyer checked with the Office of Probation for the wrong judicial District and also made application to the Court in the wrong judicial District.[1]

---

[1] The Court notes that Salaj had been under the supervision of the Office of Probation of the District of New Jersey for more than ten months before making the application to terminate supervised release containing the representation that "the Probation Department" had no objection.

An "Order Transferring Jurisdiction" from this Court to the District of New Jersey was signed by the undersigned on behalf of this Court on December 13, 2022, and an Order of the United States District Court for the District of New Jersey was signed by Judge Castner of the District of New Jersey on December 15, 2022, accepting the transfer of jurisdiction. Upon acceptance of the transfer, this Court was divested of jurisdiction and the United States District Court for the District of New Jersey assumed jurisdiction over Salaj's term of supervised release.

The Court's Order of June 14, 2024 is a nullity and, to avoid doubt, is VACATED.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 16, 2024