UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      20-cr-586 (PKC)

        -against-                                              ORDER

BILAL SALAJ,

                          Defendant.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        Mr. Drucker's letter of September 17, 2024 (ECF 48) expresses concern that the Court chastised him for "complaining" about a circumstance relating to his client's application for early termination of supervised release. No chastisement was intended. The Court wrote in its September Order: "Salaj's lawyer now complains that the Office of Probation for the District of New Jersey is treating the June 14 Order as a nullity because this Court was without jurisdiction to terminate the term of supervised release." The term was used in its correct legal sense, i.e., it was the perceived legal wrong for which relief was sought.

        SO ORDERED.

                                                                    P. Kevin Castel
                                                      United States District Judge

Dated:      New York, New York
              October 4, 2024